IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00923-PAB-MEH

RICHARD D. ROOT, JR.,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 11, 2011.**

In light of the settlement of this matter, Defendant's Motion for Independent Medical Examination under Fed. R. Civ. P. 35 [filed July 28, 2011; docket #14] and Plaintiff's Unopposed Motion for Enlargement of Time to File Response . . . [filed August 9, 2011; docket #17] are **denied as moot**.